UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEDESSA ROPER,

    Plaintiff,

v.                                                Case No.: _____

TOTAL CARD, INC.,
VERVENT, INC., As Successor-In-Interest to
TOTAL CARD, INC., and
JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendants.
_____/

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Jefferson Capital Systems, LLC (JCAP), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this civil case is proper because:

    1.    JCAP is a named defendant in this civil action filed by plaintiff, Kedessa Roper ("plaintiff"), in the County Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida, titled *Kedessa Roper v. Total Card, Inc., et al.,* Case No.: 2022 SC 001595 NC (hereinafter the "State Court Action").

1

2. JCAP removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), JCAP has timely filed this Notice of Removal. JCAP was served with plaintiff's Complaint on April 4, 2022. This Notice of Removal is filed within 30 days of receipt of the Complaint by JCAP.

4. Upon information and belief, no other defendants have been properly joined and served.

5. Upon information and belief, all other defendants would consent to removal if properly joined and served.

6. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

7. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Twelfth Judicial Circuit, in and for Sarasota County, Florida.

WHEREFORE, defendant, Jefferson Capital Systems, LLC, hereby removes to this Court the State Court Action.

Dated: April 11, 2022

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2472
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

Thomas M. Bonan, Esq.
Seraph Legal, P.A.
1614 N. 19th St.
Tampa, FL 33605
tbonan@seraphlegal.com

*/s/ Michael P. Schuette*
Attorney

3