## Case Details

| | | | |
|---|---|---|---|
| Case Number: | 2022 SC 001595 NC | Uniform Case Number: | 582022SC001595XXXANC |
| Case Status: | OPEN | Case File Date: | 03/18/2022 |
| Case Close Date: | | Judge: | BOEHM, MARYANN OLSON |

## Party Information

| Party Name | Party Type | Attorney (Date Dismissed) |
|---|---|---|
| ROPER, KEDESSA | Plaintiff | BONAN, THOMAS |
| TOTAL CARD INC | Defendant | |
| VERVENT INC AS SUCCESSOR IN INTEREST TO TOTAL CARD INC | Defendant | |
| JEFFERSON CAPITAL SYSTEMS LLC | Defendant | |

## Case Events

| Date | Time | Location | Description | Court Result |
|---|---|---|---|---|
| 04/12/2022 | 11:00 AM | COURTROOM 2 | PRE-TRIAL CONFERENCE - SMALL CLAIMS | |

## Case Fees

| Fee Description | Total Fee | Amount Paid | Waived Amount | Amount Outstanding |
|---|---|---|---|---|
| SUMMONS COUNTY EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS COUNTY EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| STATEMENT OF CLAIM - >$2500 | $300.00 | $300.00 | $0.00 | $0.00 |
| SUMMONS COUNTY EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| **TOTAL** | **$330.00** | **$330.00** | **$0.00** | **$0.00** |

## Case Docket

| Docket Date | Description | Pages |
|---|---|---|
| 3/28/2022 12:00:00 AM | PAYMENT $30.00 RECEIPT #2022028107 | 1 |
| 3/28/2022 12:00:00 AM | CORRESPONDENCE PUBLIC - FROM CLERK'S OFFICE | 1 |
| 3/28/2022 12:00:00 AM | CORRESPONDENCE PUBLIC - FROM CLERK'S OFFICE | 1 |
| 3/28/2022 12:00:00 AM | CORRESPONDENCE PUBLIC - FROM CLERK'S OFFICE | 1 |

| Docket Date | Description | Pages |
|---|---|---|
| 3/23/2022 12:00:00 AM | LETTER - OUTSTANDING FEES | 1 |
| 3/23/2022 12:00:00 AM | SUMMONS ISSUED - COUNTY - JEFFERSON CAPITAL SYSTEMS LLC | 2 |
| 3/23/2022 12:00:00 AM | SUMMONS ISSUED - COUNTY - VERVENT INC AS SUCCESSOR IN INTEREST TO TOTAL CARD INC | 2 |
| 3/23/2022 12:00:00 AM | SUMMONS ISSUED - COUNTY - TOTAL CARD INC | 2 |
| 3/23/2022 12:00:00 AM | PRE-TRIAL CONFERENCE - SMALL CLAIMS SET FOR 04/12/2022 AT 11:00 AM IN 2 , JDG: BOEHM, MARYANN OLSON | 0 |
| 3/18/2022 12:00:00 AM | PAYMENT $300.00 RECEIPT #2022024939 | 1 |
| 3/18/2022 12:00:00 AM | STATEMENT OF CLAIM - >$2500 | 23 |
| 3/18/2022 12:00:00 AM | CIVIL COVER SHEET | 3 |