# Exhibit A

Filing # 146000093 E-Filed 03/18/2022 02:09:11 PM

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

_____

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>TWELFTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>SARASOTA</u>   COUNTY, FLORIDA

<u>Kedessa Roper</u>
Plaintiff

Case # _____
Judge   _____

vs.

<u>Total Card Inc, Vervent, Inc, Jefferson Capital Systems, LLC</u>
Defendant

_____

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☒ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III.    TYPE OF CASE**    (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☒ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   11

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Thomas Martin Bonan    Fla. Bar # 118103
    Attorney or party    (Bar # if attorney)

Thomas Martin Bonan    03/18/2022
(type or print name)    Date

IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA

| | |
|---|---|
| **KEDESSA ROPER**<br>**1614 N 19TH STREET**<br>**TAMPA, FL 33605**<br><br>*PLAINTIFF*<br><br>- vs -<br><br>**VERVENT INC AS SUCCESSOR IN INTEREST TO TOTAL CARD INC**<br>**1200 SOUTH PINE ISLAND ROAD**<br>**PLANTATION, FL 33324**<br><br>*DEFENDANT* | CASE NO.:   **2022 SC 001595 NC**<br><br>JUDGE:   **MARYANN OLSON BOEHM** |

### SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE

**STATE OF FLORIDA - NOTICE TO ABOVE PLAINTIFF(S) AND DEFENDANT(S) -**
YOU ARE HEREBY NOTIFIED that you are required to appear in person or by an attorney for a PRETRIAL CONFERENCE before a judge of this court at:
**COURTROOM 2 (CRIMINAL JUSTICE CENTER)**, on **Tuesday, 12 April, 2022** at **11:00 AM**
Sarasota County Justice Center
2071 Ringling Boulevard
Sarasota, FL 34237
**\*\*IMPORTANT - READ CAREFULLY\*\***

**THE CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES. APPEAR IN PERSON OR BY ATTORNEY.**
YOU MUST WEAR PROPER ATTIRE.

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the pretrial conference. The date and/or time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval. Any request for rescheduling must be in writing and sent to the other side. NO PARTY MAY EXCUSE ANY OTHER PARTY FROM ATTENDANCE AT THE REQUIRED PRETRIAL CONFERENCE.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE:** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: 1) Where the contract was entered into; 2) If suit is on an unsecured promissory note, where note is signed or where maker resides; 3) If the suit is to recover property or to foreclose a lien, where the property is located; 4) Where the event giving rise to the suit occurred; 5) Where any one or more of the defendant(s) sued resides; 6) Any location agreed to in a contract; 7) In an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as a defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you may file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT

BY: *N. Smolenski*   DATE: March 23, 2022
N Smolenski, Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.

If you cannot afford an attorney, contact Gulfcoast Legal Services at (941)366-1746 or www.gulfcoastlegal.org, or Legal Aid of Manasota at (941)366-0038. If you do not qualify for free legal assistance or do not know an attorney, you may call an attorney referral service (listed in the phone book), or contact the Florida Bar Lawyer Referral Service at (800)342- 8011 or <http://www.floridabar.org/divpgm/lronline.nsf/wreferral6?OpenForm>.

CLERK OF THE CIRCUIT COURT

| | |
|---|---|
| P.O. Box 3079 | 4000 South Tamiani Trail |
| Sarasota, Florida 34230 | Venice, Florida 34293 |

(or)

IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA

| | |
|---|---|
| **KEDESSA ROPER**<br>**1614 N 19TH STREET**<br>**TAMPA, FL 33605**<br><br>PLAINTIFF<br><br>- vs -<br><br>**JEFFERSON CAPITAL SYSTEMS LLC**<br>**1201 HAYS STREET**<br>**TALLAHASSEE, FL 32301**<br><br>DEFENDANT | )<br>)<br>)<br>)<br>)<br>) CASE NO.:   **2022 SC 001595 NC**<br>)<br>)<br>) JUDGE:   **MARYANN OLSON BOEHM**<br>) Date: 4/4/22   Time: 8:55<br>MCN #111<br>is a certified process server in the<br>Circuit and County Courts in and for the<br>Second Judicial Circuit |

### SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE

**STATE OF FLORIDA - NOTICE TO ABOVE PLAINTIFF(S) AND DEFENDANT(S) -**
YOU ARE HEREBY NOTIFIED that you are required to appear in person or by an attorney for a PRETRIAL CONFERENCE before a judge of this court at:
**COURTROOM 2 (CRIMINAL JUSTICE CENTER), on Tuesday, 12 April, 2022 at 11:00 AM**
Sarasota County Justice Center
2071 Ringling Boulevard
Sarasota, FL 34237
**\*\*IMPORTANT - READ CAREFULLY\*\***

**THE CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES. APPEAR IN PERSON OR BY ATTORNEY.**
YOU MUST WEAR PROPER ATTIRE.

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the pretrial conference. The date and/or time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval. Any request for rescheduling must be in writing and sent to the other side. NO PARTY MAY EXCUSE ANY OTHER PARTY FROM ATTENDANCE AT THE REQUIRED PRETRIAL CONFERENCE.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE:** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: 1) Where the contract was entered into; 2) If suit is on an unsecured promissory note, where note is signed or where maker resides; 3) If the suit is to recover property or to foreclose a lien, where the property is located; 4) Where the event giving rise to the suit occurred; 5) Where any one or more of the defendant(s) sued resides; 6) Any location agreed to in a contract; 7) In an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as a defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you may file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT

BY: *N. Smolenski*

N Smolenski, Deputy Clerk

DATE: March 23, 2022

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

If you cannot afford an attorney, contact Gulfcoast Legal Services at (941)366-1746 or www.gulfcoastlegal.org, or Legal Aid of Manasota at (941)366-0038. If you do not qualify for free legal assistance or do not know an attorney, you may call an attorney referral service (listed in the phone book), or contact the Florida Bar Lawyer Referral Service at (800)342-8011 or <http://www.floridabar.org/divpgm/lronline.nsf/wreferral6?OpenForm>.

CLERK OF THE CIRCUIT COURT

P.O. Box 3079                    or    4000 South Tamiani Trail
Sarasota, Florida 34230                Venice, Florida 34293

IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA

| | |
|---|---|
| KEDESSA ROPER<br>1614 N 19TH STREET<br>TAMPA, FL 33605<br><br>    *PLAINTIFF*<br><br>- vs -<br><br>TOTAL CARD INC<br>400 N MAIN AVE.,<br>SUITE 206,<br>SIOUX FALLS, SD 57104<br><br>    *DEFENDANT* | CASE NO.:   2022 SC 001595 NC<br><br>JUDGE:   MARYANN OLSON BOEHM |

**SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE**

**STATE OF FLORIDA - NOTICE TO ABOVE PLAINTIFF(S) AND DEFENDANT(S) -**
YOU ARE HEREBY NOTIFIED that you are required to appear in person or by an attorney for a PRETRIAL CONFERENCE before a judge of this court at:
**COURTROOM 2 (CRIMINAL JUSTICE CENTER)**, on **Tuesday, 12 April, 2022** at **11:00 AM**
Sarasota County Justice Center
2071 Ringling Boulevard
Sarasota, FL  34237
**\*\*IMPORTANT - READ CAREFULLY\*\***

**THE CASE WILL NOT BE TRIED AT THAT TIME.  DO NOT BRING WITNESSES. APPEAR IN PERSON OR BY ATTORNEY.**
YOU MUST WEAR PROPER ATTIRE.

    The defendant(s) must appear in court on the date specified in order to avoid a default judgment.  The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution.  A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the pretrial conference. The date and/or time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval. Any request for rescheduling must be in writing and sent to the other side.  NO PARTY MAY EXCUSE ANY OTHER PARTY FROM ATTENDANCE AT THE REQUIRED PRETRIAL CONFERENCE.
    A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation.  Written authorization must be brought to the Pretrial Conference.
    The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference.  You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.
    Mediation may take place at the pretrial conference.  Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.
    If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court.  The court may or may not approve a payment plan and withhold judgment or execution or levy.

RIGHT TO VENUE: The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: 1) Where the contract was entered into; 2) If suit is on an unsecured promissory note, where note is signed or where maker resides; 3) If the suit is to recover property or to foreclose a lien, where the property is located; 4) Where the event giving rise to the suit occurred; 5) Where any one or more of the defendant(s) sued resides; 6) Any location agreed to in a contract; 7) In an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as a defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you may file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT

BY: *N. Smolenski*    DATE: March 23, 2022
N Smolenski, Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.

If you cannot afford an attorney, contact Gulfcoast Legal Services at (941)366-1746 or www.gulfcoastlegal.org, or Legal Aid of Manasota at (941)366-0038. If you do not qualify for free legal assistance or do not know an attorney, you may call an attorney referral service (listed in the phone book), or contact the Florida Bar Lawyer Referral Service at (800)342-8011 or <http://www.floridabar.org/divpgm/lronline.nsf/wreferral6?OpenForm>.

CLERK OF THE CIRCUIT COURT

P.O. Box 3079              or    4000 South Tamiani Trail
Sarasota, Florida 34230          Venice, Florida 34293