# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KEDESSA ROPER,

        Plaintiff,

Case No.: 8:22-cv-00857

v.

TOTAL CARD, INC.,
VERVENT, INC., As Successor-In-Interest to
TOTAL CARD, INC., and
JEFFERSON CAPITAL SYSTEMS, LLC,

        Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

    Defendant, Jefferson Capital Systems, LLC (Jefferson Capital), through undersigned counsel, hereby submits this Notice of Pending Settlement and states all parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 4, 2022

        Respectfully submitted,

        */s/ Michael P. Schuette*
        Michael P. Schuette, Esq.
        Florida Bar No. 0106181
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE

3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of May 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Thomas M. Bonan, Esq.
Seraph Legal, P.A.
1614 N. 19th St.
Tampa, FL 33605
tbonan@seraphlegal.com
*Counsel for Plaintiff*

   /s/ Michael P. Schuette
   Attorney